Learie A. DALY, Plaintiff—Appellant,

v.

CARROLL COUNTY SHERIFF'S DEPARTMENT, SHERIFF'S OFFICE; George Hardinger, Lieutenant Colonel; Earl Steven Turvin, Major, Defendants—Appellees,

and

Carroll County Detention Center; Joe Hernandez, Deputy First Class, Defendants.

No. 03–7746.

United States Court of Appeals, Fourth Circuit.

Submitted May 24, 2004.

Decided Aug. 11, 2004.

Learie A. Daly, Appellant pro se. John Francis Breads, Jr., Local Government Insurance Trust, Columbia, Maryland, for Appellees.

Before LUTTIG, MOTZ, and KING, Circuit Judges.

PER CURIAM.

Learie A. Daly appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Daly v. Carroll County Sheriff's Dep't,* No. CA–03–1660–AMD (D.Md. Oct. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*